Richard ADAMS, Plaintiff-Appellant,

v.

Avery NILES, Commissioner, L. Gale Buckner, Commissioner, Amy Howell, Commissioner, Sarah Draper, Deputy Commissioner, Clay Seabolt, Deputy Commissioner, et al., Defendant-Appellees.

No. 16-13221

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Filed (January 17, 2017)

Sidney Leighton Moore, III, The Summerville Firm, LLC, Atlanta, GA, Demetra Duan Ford, Ford Law, LLC, Atlanta, GA, Thomas G. Sampson, Thomas Gatewood Sampson, II, Thomas Kennedy Sampson & Tompkins, LLP, Atlanta, GA, for Plaintiff-Appellant

Roger A. Chalmers, Attorney General's Office, Atlanta, GA, for Defendants-Appellees Avery Niles, L. Gale Buckner, Amy V. Howell, Sarah Draper

Annarita Leigh McGovern, Kathleen Simcoe, Derrick Lee Bingham, Owen Gleaton Egan Jones & Sweeney, LLP, Atlanta, GA, for Defendant-Appellee Clay Seabolt

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

We affirm the district court's grant of the defendants' motion to dismiss the plaintiff's complaint on the basis of Georgia's statute of limitations and Georgia's renewal statute, Ga. Code Ann. § 9-2-6, based on the district court's thorough and well-reasoned order dated May 23, 2016.

AFFIRMED.